GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
ANGELA MILELLA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:       Angela_Hansen@fd.org


Counsel for Defendant MONTERROZO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 21 CR-205 YGR (KAW) |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE PRETRIAL RELEASE REVOCATION STATUS HEARING** |
| v. | |
| HECTOR MONTERROZO, | |
| Defendant. | |

Hector Monterrozo was released from custody on November 17, 2021. A month later, on December 21, 2021, he self-surrendered to the United States Marshal Service on a Pretrial Services notice of violation and arrest warrant. Mr. Monterrozo was arraigned on the alleged violation on December 22, 2021, and he remains in custody. He is scheduled to appear before the Court for a status hearing on January 11, 2022, at 10:00 a.m.

Mr. Monterrozo is currently in quarantine due to COVID-19 and will not be transported to appear at the scheduled status hearing. At this time, Mr. Monterrozo submits to detention and requests that the Court vacate the January 11, 2022 status hearing. Mr. Monterrozo will request a future date before the Court if circumstances change and he would like to have a hearing on the

alleged violation.  For this reason, the parties jointly request that the Court vacate the January 11, 2022 status hearing.

**IT IS SO STIPULATED.**

Dated:      January 10, 2022

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

_/S/_

ANGELA MILELLA HANSEN
Assistant Federal Public Defender

Dated:      January 10, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

_/S/_

AMANI FLOYD
Assistant United States Attorney

STIPULATION AND ORDER TO VACATE HEARING

2

1

2

3

4

5
IN THE UNITED STATES DISTRICT COURT

6
FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
OAKLAND DIVISION

8

9

10
UNITED STATES OF AMERICA,

**Case No.:**  21-CR-205 YGR (KAW)

11
Plaintiff,

**ORDER TO VACATE PRETRIAL
RELEASE REVOCATION STATUS
HEARING**

12
v.

13
HECTOR MONTERROZO,

14
Defendant.

15

16

17
    Based on the reasons provided in the stipulation of the parties above, the Court vacates the

hearing date on January 11, 2022.

18

19

20

21

22
    IT IS SO ORDERED.

23

24
Dated:    January 11, 2022

HON. KANDIS A. WESTMORE
United States Magistrate Judge

25

26

27

28

ORDER

1